UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRIAN K. MACKEY, SR. and
BRANDYE T. MACKEY, doing
Business as MACKEY'S MUNCHIES,
INC.,

      Plaintiffs,

v.                                  Case No.:

INFRAMARK, LLC, FLEMING ISLAND
COMMUNITY DEVELOPMENT DISTRICT and
DR. SHERRY LATTA-RAINES, et al.,

      Defendants.

_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Inframark, LLC ("Inframark" or "Defendant"), by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, respectfully files this Notice of Removal giving notice it is removing this civil action to the United States District Court for the Middle District of Florida, Jacksonville Division. In support of this Notice of Removal, Defendant states as follows:

## PROCEDURAL ALLEGATIONS

1. On October 16, 2018, Plaintiffs Brian K. Mackey, Sr. and Brandye T. Mackey, d/b/a Mackey's Munchies, LLC ("Mackey" or "Plaintiffs"), filed a Complaint and Demand for Jury Trial (the "Complaint") in the Circuit Court of the Fourth Judicial Circuit, in and for Clay County, Florida, entitled *Brian K. Mackey, Sr. and Brandye T. Mackey, d/b/a Mackey's Munchies, LLC v. Inframark, LLC, Fleming Island Community Development District, and Dr. Sherry Latta-Raines*, designated Case No. 2018-CA-001098 ("State Court Action"). Notice

2. On October 23, 2018, Defendant Inframark was served with a formal request to

waive service of summons for Defendants Inframark, LLC.  Defendant Inframark served, via electronic mail, the signed Acceptance and Waiver to opposing counsel on October 24, 2018.  A copy of the signed Waiver of Service is attached hereto as Exhibit A.

3.      Inframark understands that Co-Defendant FICDD has not been formally served with a summons in this matter, but that counsel for FICDD has formally waived service under Federal Rule 4.  A copy of FICDD's waiver of service is attached hereto as Exhibit B.  FICDD has indicated that it consents to and joints in this removal.

4.      As of the filing of this removal, co-defendant Dr. Sherry Latta-Raines has not been formally served with a summons and has not waived service.

5.      Thus all served Defendants consent to and join in this notice of removal.  *Gannon v. HSBC Card Servs., Inc.*, Case No. 3:10-cv-852-J-32JRK, 2011 WL 2448912 at *2 (M.D.Fla. April 5, 2011) (a statement by a removing defendant's counsel that a non-removing defendant has consented to removal is sufficient to satisfy the unanimity requirement.)

6.      This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) within thirty days (30) from the date on which Defendant Inframark was provided a copy of the Complaint.

7.      A true and legible copy of all pleadings and other papers or exhibits of every kind on file in the State Court Action are attached hereto as Exhibit C.  The judge presiding over the State Court Action has not entered any orders. There are no pending motions.

8.      Removal is appropriate here based on federal question jurisdiction. Plaintiffs' Complaint alleges a violation of 42 U.S.C. § 1981. *See* Plaintiffs' Compl. ¶¶ 125-140, 147-158. Thus, this is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1441(b).

9.      Further, Plaintiffs' Complaint alleges various common law claims under Florida law namely civil conspiracy, tortious interference and intentional infliction of emotional distress. All claims alleged in this action arise out of the same common nucleus of operative facts; namely, Plaintiffs' contract with Defendant Fleming Island Community Development District ("FICDD"), and Plaintiffs' continued efforts to provide services to residents of FICDD. Plaintiffs' allegations with respect to Inframark relate to services it provided on behalf of the FICDD. Therefore, this Court has supplemental jurisdiction over the state law claims raised in the Complaint as those claims are so related to the federal claims that they form part of the same case or controversy. The entire case may be properly removed to this Court. *See* 28 U.S.C. § 1367(a).

10.      The District and Division embracing the place where such action is pending is the United States District Court for the Middle District of Florida, Jacksonville Division. *See* 28 U.S.C. § 1441.

11.      Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written Notice of the Removal to the Plaintiffs in this action and has filed a copy of this Notice of Removal in the Circuit Court of the Fourth Judicial Circuit, in and for Clay County, Florida. A copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit D.

12.      The required filing fee of $400.00 and an executed civil cover sheet accompany this Notice.

WHEREFORE, Defendant Inframark, LLC. respectfully removes this action, pending in the Fourth Judicial Circuit, in and for Clay County, Florida to the United States District Court in the Middle District Court of Florida, Jacksonville Division.

3

Dated: November 15, 2018.

Respectfully submitted,

LITTLER MENDELSON, P.C.
111 North Magnolia Ave., Suite 1250
Orlando, FL 32810
Telephone:  407.393.2900
Facsimile:  407.393.2929

BY:    */s/ Nancy A. Johnson*
        Kimberly J. Doud, Esq.
        Florida Bar No.: 0523771
        Email:  kdoud@littler.com

        Nancy A. Johnson, Esquire
        Florida Bar No.: 597562
        Email: najohnson@littler.com

        Attorneys for Defendant Inframark, LLC

4

**CERTIFICATE OF SERVICE**

I HEREBY certify that on the 15th day of November, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:  J. Eric Jones, Esquire, The Jones Law Firm, P.A., 10752 Deerwood Park Blvd., Suite 100, Jacksonville, FL  32256, weeallycareaboutu@gmail.com.


 */s/ Nancy A. Johnson*_____

Nancy A. Johnson